# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rosenbluth, Jean P. | 2. Court or Organization<br><br>Central District of California, Western Division | 3. Date of Report<br><br>02/03/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>full-time magistrate judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
225 East Temple
Los Angeles, CA 90012

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | power of attorney | mother |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Trustee, R 1998 Trust, Los Banos CA (not yet vested) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbluth, Jean P. | 02/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Accounts (cash equivalent) | A | Interest | L | T | | | | | |
| 2. American Electric Power common stock | A | Dividend | J | T | | | | | |
| 3. Schwab IRA (H) | | | | | | | | | |
| 4. --FMI Large Cap | A | Dividend | | | Sold | 04/18/17 | J | | |
| 5. --Fidelity Contrafund | A | Dividend | | | Sold | 04/18/17 | J | | |
| 6. --Voya (formerly ING Midcap Opportunity Fund) | | None | | | Sold | 04/27/17 | J | | |
| 7. --Artisan International Fund | A | Dividend | | | Sold | 05/18/17 | J | | |
| 8. --Dodge & Cox International Stock Fund | | None | | | Sold | 05/17/17 | J | | |
| 9. --American Beacon GLBL | A | Dividend | | | Sold | 12/18/17 | J | | |
| 10. --Angel Oak Flexible | A | Dividend | | | Sold | 09/22/17 | J | | |
| 11. --Stone Ridge A11 Asset | A | Dividend | J | T | | | | | |
| 12. --American Beacon LargeCap | | None | | | Sold | 04/18/17 | J | | |
| 13. --Driehaus Frontier | | None | | | Sold | 06/23/17 | J | | |
| 14. --Oberweis Int'l Opportunity | | None | | | Sold | 05/18/17 | J | | |
| 15. --Guggenheim Macro Oppty Inst | A | Dividend | J | T | Buy | 09/25/17 | J | | |
| 16. --Guggenheim Macro Oppty Inst | A | Dividend | J | T | Buy (add'l) | 12/19/17 | J | | |
| 17. --Elements Emerging Mkts Port | A | Dividend | J | T | Buy | 06/26/17 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Elements Intl Small Cap Port | A | Dividend | J | T | Buy | 05/22/17 | J | | |
| 19. --Elements Intl Port | A | Dividend | J | T | Buy | 05/18/17 | J | | |
| 20. --Elements US Small Cap | A | Dividend | J | T | Buy | 04/28/17 | J | | |
| 21. --Elements US Port | A | Dividend | J | T | Buy | 04/19/17 | J | | |
| 22. (Y) | | | | | | | | | |
| 23. Bank of America Accounts (cash equivalent) | A | Interest | J | T | | | | | |
| 24. Morgan Stanley Aggressive Growth A | A | Dividend | L | T | | | | | |
| 25. 401(k) -- TIAA/CREF (no control) (H) | | | | | | | | | |
| 26. --managed allocation fund (TIMRX) | C | Int./Div. | M | T | | | | | |
| 27. --Lifecycle Retirement Income (TLRRX) | E | Int./Div. | M | T | | | | | |
| 28. Brokerage Account (H) | | | | | | | | | |
| 29. --Berkshire Hathaway B | | None | M | T | | | | | |
| 30. --Deutsche BK Cap 7.6% | C | Dividend | K | T | | | | | |
| 31. --Speed Commerce (formerly Navaree Corp (Y) | | | | | | | | | |
| 32. --Verizon | A | Dividend | | | Sold | 06/22/17 | J | | |
| 33. --Sector Spdr Consumer Fund ETF | A | Dividend | K | T | Sold (part) | 08/01/17 | K | | |
| 34. --Sector Spdr INdl Select Shares ETF | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Sector Spdr Tech Select Shares ETF | A | Dividend | | | Sold | 06/22/17 | K | | |
| 36. --Sector SPDR Tr Con Splitshares ETF | B | Dividend | L | T | | | | | |
| 37. --Harding Loevner Emerging Markets Adv | A | Dividend | K | T | | | | | |
| 38. --JP Morgan Small Cap Equity Fund | A | Dividend | K | T | | | | | |
| 39. --Loomis Sayles bond fund CL R | A | Dividend | | | Sold | 06/22/17 | K | | |
| 40. --Manning & Napier WOrld Oppty A | | None | | | Sold | 05/17/17 | K | | |
| 41. --Janus Henderson (SEE PART viii) | | None | | | Sold | 06/22/17 | J | | |
| 42. --Victory RS Value Fund CL A (SEE PART VIII) | | None | | | Sold | 06/22/17 | K | | |
| 43. --Schwab Core Equity Fund | | None | | | Sold | 06/22/17 | K | | |
| 44. --Schwab Health Care Fund | A | Dividend | K | T | | | | | |
| 45. --Scout Intl Fund | A | Dividend | | | Sold | 06/22/17 | K | | |
| 46. --Vanguard Inflation Protected Securities Fund | A | Dividend | J | T | Sold (part) | 06/22/17 | K | | |
| 47. --Vanguard Inflation Protected Securities Fund | A | Dividend | | | Sold | 11/22/17 | K | | |
| 48. --Vanguard Inflation Protected Secs Adm Shr | A | Dividend | K | T | Buy | 06/22/17 | K | | |
| 49. --Vanguard s/t Investment Grade Fund Inv | A | Dividend | | | Sold | 06/22/17 | K | | |
| 50. --Vanguard s/t Investment Grade Fund Admiral | A | Dividend | K | T | Buy | 06/22/17 | K | | |
| 51. --Vanguard FTSE All World EX US ETF | A | Dividend | L | T | Buy | 06/22/17 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbluth, Jean P. | 02/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. --Schwab Gov. Money Fund (See Part VIII) | A | Interest | K | T | | | | | |
| 53. --Powershares QQQ Trust Ser I ETF (x) | B | Dividend | M | T | Sold (part) | 11/22/17 | K | | |
| 54. --Pimco Investment Grade Corp BD Instl | A | Dividend | L | T | Buy | 11/22/17 | L | | |
| 55. --Pimco Incm Inst CL | C | Dividend | L | T | Buy | 06/22/17 | L | | |
| 56. --Wisdomtree Intl Small Cap Divident ETF | A | Dividend | K | T | Buy | 08/01/17 | K | | |
| 57. --Ridgeworth Seix Float | A | Dividend | K | T | Buy | 06/22/17 | K | | |
| 58. New York Times common stock | A | Dividend | J | T | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbluth, Jean P. | 02/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re Part VII, Line 15: This was reported in years past as EMI Large Cap, based on what my husband told me. That was a mistake. It should haveben FMI Large Cap, and it is already listed in Line 4.

Re Part VII, Line 24: Last year this was reported as being partially sold, but ⬛ apparently sold all of it.

Re PartVII, Line 34: ⬛ tells me the name was changed from Perkins last year to Janus Henderson.

Re Part VII, Line 35: Name change last year according to ⬛.

Re PartVII, Line 41: Name reported incorrectly last year.

Re Part IIIB and Part VII: The listed trust is ⬛ sole interest and the assets are not derived from my personal assets, income or activities; I have no knowledge of or access to the trust's assets; and I dervie no benefit from them, nor will I ever, as ⬛ and I keep our assets separately.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jean P. Rosenbluth**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544